UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANDREW SIFFERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 1:22-CV-272-KAC-CHS |
| ) | |
| SPORT PONTOONS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the Court on "Plaintiff's Motion for Default Against Defendants Sport Pontoons, LLC, Tarzan Boat, LLC dba Jungle Float, Christopher Hampton, and Brianna Weaver" [Doc. 24]. The Court has a practice of using forms provided by the Clerk's Office to file an application for the entry of default under Federal Rule of Civil Procedure 55(a). The Court **DIRECTS** Plaintiff to the Court's Default Judgment Instructions and Forms, available at https://www.tned.uscourts.gov/default-judgment-instructions-and-forms, and **INSTRUCTS** Plaintiff to file the applicable documents for entry of default by the Clerk under Rule 55(a). The Court **HOLDS** Plaintiff's "Motion for Default" [Doc. 24] **IN ABEYANCE** until such time as Plaintiff submits the applicable documents to seek entry of default under Rule 55(a).

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge